1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3     1420 E. Cooley Dr., Suite 100
   Colton, California 92324
4     Telephone: (909) 796-4560
5     Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA BAEZ, | ) | No. ED CV 15-0881 MRW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING <u>EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the terms of the stipulation.

   DATE: April 6, 2016

   HON. MICHAEL R. WILNER
   UNITED STATES MAGISTRATE JUDGE

-1-